NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PRESTON D. CROSKEY,           )
DOC #H20918,                  )
                              )
        Appellant,            )
                              )
v.                            )          Case No.  2D18-2497
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.



PER CURIAM.

        Affirmed.




LaROSE, C.J., and SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.